| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JAMES BRABHAM, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:10-CV-561
§
TEXAS FARMERS §
INSURANCE COMPANY, §
§
       Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Referral Order entered on September 14, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 23rd day of June, 2011.

                                                        _____
                                                         MARCIA A. CRONE
                                               UNITED STATES DISTRICT JUDGE